**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 3:11-CR-113-RCJ-WGC |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| BRANDON RICHARD FISHER, ) | |
| Defendant. ) | |

Before the Court is Defendant's Motion for Reassignment of Case 3:11-CR-113-RCJ-WGC to the Honorable Judge Hicks for Consolidation with Case No. 3:05-CR-102-LRH-VPC (#12). The Court has considered the motion, as well as the pleadings on file herein, and good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Motion (#12) is GRANTED as to REASSIGNMENT only, and Case No.: 3:11-CR-113-RCJ-WGC is reassigned to the Honorable Larry R. Hicks, United States District Judge for the District of Nevada for all further proceedings.

IT IS SO ORDERED.

Dated: This 25th day of October, 2011.

_____
ROBERT C. JONES
UNITED STATES CHIEF DISTRICT JUDGE